Case: 14-2997    Document: 003111659330    Page: 1    Date Filed: 06/23/2014



RONNY POLANCO #23739-050
FCI FAIRTON
P.O. BOX 420
FAIRTON, N.J. 08320

June 19, 2014

Marcia M. Waldron
U.S. Court of Appeals
601 Market Street
Room 24100
Phila, PA 19106-1790

Re: Appeal To 28 U.S.C. § 2241
(RONNY POLANCO v. J.T. SHARTLE, Warden)

Dear Marcia M. Waldron,

The reason for me appealing my 28 U.S.C. § 2241 motion is because the District Court failed to issue a show cause order within the time restraints of 28 U.S.C. § 2243, nor has a day been set for a hearing not to exceed (20) days.

I would like to know why is the docket number for my 28 U.S.C. § 2255 motion ( 2:03-cv-04843-KSH ) is being used and why doesn't my 28 U.S.C. § 2241 motion have its own docket number. I'm not appealing my 28 U.S.C. § 2255 motion, I'm appealing my 28 U.S.C. § 2241 motion

On June 16, 2014, I received a copy of your letter to William T. Walsh, Clerk, dated June 11, 2014.

On June 17, 2014, I received a letter from the Clerk, U.S. District Court in Camden, N.J. which had a "Notice of Electronic Filing" and a "Transcript Purchase Order" along with instructions for completing the form. I've enclosed a copy of the form.

Date : June 19, 2014

Respectfully Submitted,

RONNY POLANCO #23739-050

FCI FAIRTON

P.O. BOX 420

FAIRTON, N.J. 08320