

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*
*Appeals Division*

---

*Glenn J. Moramarco*
*Assistant United States Attorney*
Glenn.Moramarco@usdoj.gov

*Federal Building and Courthouse*
*401 Market Street, 4th Floor*
*Camden, NJ  08101-2098*

*Phone: (856)968-4863*
*Fax: (856)968-4917*

July 10, 2014

Marcia M. Waldron, Clerk
United States Court of Appeals
 for the Third Circuit
U.S. Courthouse
601 Market Street, Room 21400
Philadelphia, PA 19106-1790

    Re:   **Ronny Polanco v. United States**
             **Appeal No. 14-2997**

Dear Ms. Waldron:

    Please accept this letter from the United States in response to the letter from your Office noting a possible jurisdictional defect.  On June 9, 2014, appellant filed a notice of appeal purporting to appeal "the District Court's final decision to deny the Habeas Corpus 28 U.S.C. § 2241 et. seq., filed on March 27, 2014."  The "final decision" referred to in Mr. Polanco's notice of appeal is not an order of the Court, but instead is a document he filed, styled as "habeas corpus 28 U.S.C. § 2241 et. seq.," which the District Court docketed in his pending case arising

under 28 U.S.C. § 2255.  See Polanco v. United States, No. 03-cv-4843, Document No. 25 (D.N.J.).

The United States agrees that this Court lacks jurisdiction because there is no final order of the District Court to review.  By letter dated June 19, 2014, appellant informed this Court that, "I'm not appealing my 28 U.S.C. § 2255 motion, I'm appealing my 28 U.S.C. § 2241 motion."  Regardless of how Mr. Polanco's filing was docketed in the District Court, there still is no final order from which to appeal.  The District Court has ruled neither on the pending § 2255 motion, nor on the pending § 2241 motion.

The United States takes no position on whether appellant's filing should be construed as a petition for mandamus seeking an order directing the District Court to resolve either of the outstanding motions.  In the absence of such a construction, it is clear that this Court lacks jurisdiction and the appeal should be dismissed.

                                                    Very truly yours,

                                                    PAUL J. FISHMAN
                                                    United States Attorney


                                        By:    /s Glenn J. Moramarco
                                               Assistant U.S. Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on July 10, 2014, I caused a copy of the foregoing response to be sent by first class mail to appellant at the following address:

    Ronny Polanco
    #23739-050
    FCI Fairton
    P.O. Box 420
    Fairton, NJ  08320

    /s Glenn J. Moramarco
    Assistant U.S. Attorney

Dated: July 10, 2014